IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

APPLIED ENERGY OF AR-LA-MS, INC., PLAINTIFF
an Arkansas corporation

v. No. 5:14CV00301 JLH

PALL CORPORATION,
a New York corporation DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is transferred to the Eastern District of New York.

IT IS SO ORDERED this 10th day of December, 2014.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE